THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rashaun L. Taste, Appellant.
 
 
 

Appeal From Orangeburg County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2008-UP-660
 Submitted December 1, 2008  Filed
December 4, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville; for
 Respondent.
 
 
 

PER CURIAM:  Rashaun
 Taste appeals his convictions and sentences for criminal domestic violence,
 failure to stop for a blue light, and resisting arrest.  Taste argues his
 guilty plea did not comply with the mandates set forth in Boykin v. Alabama,
 395 U.S. 238 (1969), and insufficient facts existed to support his guilty plea.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED. 
HEARN,
C.J., SHORT and KONDUROS, JJ., concur.   

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.